## Carlos Roberto GUTIERREZ–PORRAS; et al., Petitioners,

### v.

## Eric H. HOLDER, Jr., Attorney General, Respondent.

### No. 11–71215.

### United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Nov. 18, 2014.*

Decided Nov. 26, 2014.

Carlos Roberto Gutierrez–Porras, pro se.

Sabatino F. Leo, Trial, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Carlos Roberto Gutierrez–Porras, Irma Gutierrez, and Kenny Gutierrez, natives and citizens of Guatemala, petition pro se for review of the Board of Immigration Appeals' order denying their motion to reopen removal proceedings based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and review de novo claims of due process violations. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The agency did not abuse its discretion in denying petitioners' motion to reopen where they failed to establish prejudice arising from any alleged ineffective assistance by their former counsel. *See id.* at 793–94 ("[P]rejudice results when the performance of counsel was so inadequate that it *may* have affected the outcome of

the proceedings." (emphasis in original) (internal quotation marks omitted)).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.